ORDERED.

Dated: September 20, 2019

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re: | Case No. 8:19-bk-04956-RCT |
| | Chapter 13 |
| VICTORIA MARIE CURATOLA | |
| Debtor(s)[1] | |
| _____/ | |

**ORDER GRANTING TRUSTEE'S MOTION TO**
**DISMISS (DOC. NO. 18) WITH A ONE (1) YEAR BAR AS TO RE-FILING**

THIS CASE came on for hearing on September 11, 2019. The Court finds that dismissing this case with prejudice is in the best interests of creditors and the estate.

Accordingly, it is

**ORDERED:**

1. The Trustee's Motion to Dismiss Case with Prejudice for Failure to Comply with the Court's Administrative Order (Doc. No. 18) is hereby GRANTED.

2. This case is DISMISSED WITH PREJUDICE and the Debtor is prohibited from filing another Chapter 13 Case for one (1) year.

---

[1] All reference to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two individuals.

3. Any filing in violation of this Order will be considered null and void and will neither affect nor act as a stay against any of the Debtor's creditor(s) listed in the instant case or any of the prior bankruptcy cases.

4. If the automatic stay imposed by 11 U.S.C. § 362(a) or the stay of an action against a codebtor under 11 U.S.C. § 1301 is in effect at the time this Order is entered, the automatic stay shall remain in effect for 14 days from the date of this Order, notwithstanding the provisions of 11 U.S.C. § 362(c)(2)(B).

5. Debtor may convert this case to a case under another chapter of the Bankruptcy Code within 14 days of the date of this Order. If the case is not converted within 14 days, the case is dismissed effective on the 15th day after the date of entry of this Order.

6. If Debtor files a motion to vacate or for reconsideration of the Order Dismissing the Case within 14 days of the date of this Order, the automatic stay imposed by 11 U.S.C. § 362 and the stay of action against codebtor under 11 U.S.C. § 1301 shall remain in full force and effect until the Court rules on the motion.

7. All pending hearings are canceled with the exception of any scheduled hearing on a motion for relief from stay that is currently scheduled for hearing within 14 days of the date of this Order or on an Order to Show Cause over which the Court hereby reserves jurisdiction.

8. Notwithstanding any other Court orders, the Trustee shall return to Debtor, or if Debtor is represented by an attorney, to Debtor in care of Debtor's attorney, any remaining funds on hand not previously disbursed and shall thereafter file the Trustee's final report. Upon the filing of the final report, the Trustee will be discharged of all duties as Trustee.

9. Debtor, the Trustee, or any party in interest may, within 14 days of the date of this

Order, file a motion requesting the Court to examine the fees paid to Debtor's attorney and for the disgorgement of any portion of the fees deemed excessive. The Court shall retain jurisdiction for this purpose.

Trustee Kelly Remick is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.
KR/CCP/ra                                                                                                          C13T 09/20/19